UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAYLER BORGES
(A074-141-633),

        Petitioner,

    v.

WARDEN, CALIFORNIA CITY
IMMIGRATION PROCESSING
CENTER,

        Respondent.

No. 1:26-cv-04693-TLN-SCR

**<u>SCHEDULING ORDER</u>**

    Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter has been referred to the undersigned by operation of Local Rule 302(c)(17) and 28 U.S.C. § 636.

    Respondent is directed to show cause why the writ should not be granted by filing an **answer/return within seven (7) days** from the date of this order. <u>See</u> 28 U.S.C. § 2243. Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application. Petitioner may file a **reply/traverse within three (3) days** after being served a copy of it. Absent a further order of the court, the petition will be taken under submission after the filing of the reply/traverse.

    In the event that petitioner obtains an immigration bond and it is paid resulting in his/her release, counsel for petitioner (or petitioner, if petitioner is proceeding without counsel) shall

1

inform the court as expeditiously as possible in order to conserve this court's limited judicial resources.  For the same reason, respondent shall inform the court as expeditiously as possible in the event that a travel document is obtained for petitioner that will result in his/her imminent removal from this country.  Either party shall update the court by filing a **Notice of Changed Circumstances** that informs the court of the particular circumstances which have changed.

IT IS SO ORDERED.