UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLER B.,[1] | |
| Petitioner, | No.  1:26-cv-04693-TLN-SCR |
| v. | A# 074-141-633 |
| WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al. | **RELEASE ORDER** |
| Respondents. | |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 9.)  Respondents filed a one-sentence objection to the findings and recommendations for the reasons indicated in

---

[1] The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

their prior responsive pleading.  (ECF No. 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1.    The findings and recommendations (ECF No. 9) are adopted in full.

2.    The Petitioner for Writ of Habeas Corpus (ECF No. 1) is GRANTED on claim one that his indefinite post-removal detention violates due process.

3.    Respondent is directed to IMMEDIATELY RELEASE Petitioner HAYLER B. (A# 074-141-633) on the same conditions of release in place at the time of his re-detention on January 21, 2026.

4.    Respondents are directed to file a **notice of compliance by August 10, 2026**.

5.    Respondents are ENJOINED from re-detaining Petitioner without first complying with 8 C.F.R. § 241.13.

6.    The Clerk of Court is directed to serve this Order on **California City Detention Center.**

7.    The Clerk of Court is directed to enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

DATE: August 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2